UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHERVON SIMMONS,

    Petitioner,

v.                                    Case No.: 2:19-cv-572-FtM-38MRM

WILLIAM BARR, KEVIN K. MCALEENAN,
JIM MARTIN and WARDEN OF
IMMIGRATION DETENTION FACILITY,

    Respondents.
_____/

## ORDER[1]

Before the Court is Petitioner Shervon Simmons' Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (Doc. 1). Simmons is a native of St. Lucia and has been awaiting removal since February 6, 2019. He seeks a writ of mandamus compelling Immigration and Customs enforcement to commence mandatory deportation proceedings.

Accordingly, it is **ORDERED:**

1. The Clerk of Court is **DIRECTED** to send a copy of this Order and the Petition (Doc. 1) to the United States Attorney's Office in Tampa and the United States Department of Homeland Security. The Clerk must also send a copy of this Order to Petitioner.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

2. On or before **April 4, 2020**, Respondents must file a response to all allegations in the Petition and show cause why is should not be granted.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of March 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record